IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

In Re:

James H. Orso, Jr.

Debtor.

## NOTICE OF CHANGE OF ADDRESS

Comes now the Debtor, James H. Orso, Jr., by and through undersigned counsel, and hereby gives Notice of Change of Address as follows:

    P.O. Box 345
    Citronelle, AL 36522-0345

This the 4th day of October, 2016.

        /s/ James H. Orso, Jr.
        James H. Orso, Jr.

I, James H. Orso, Jr., hereby certify under penalty of perjury that I have read the foregoing Notice of Amendment and that it is true and correct to the best of my knowledge, information, and belief.

        /s/ James H. Orso, Jr.
        James H. Orso, Jr.

Respectfully Submitted,

/s/ Michael J, Harbin
Michael J. Harbin
Attorney for James H. Orso, Jr.
Mobile, AL 36685
(251) 689-5569

## CERTIFICATE OF SERVICE

I hereby certify that on this the 4th day of October, 2016, the foregoing Notice of Amendment was filed with the Clerk of the Court using the CM/ECF system, which will

send notification of such filing to all parties to this proceeding and by depositing same in the United State Mail, postage prepaid on the following:

**Hon. Mark Zimlich**
U.S. Bankruptcy Administrator
113 St. Joseph Street, Box 16
Mobile, AL 36602

**Ally Financial**
PO Box 380901
Bloomington, MN 55438-0000

**Ally Financial**
PO Box 130424
Roseville, MN 55113-0004

**American Expreass**
P.O. Box 981537
El Paso, TX 79998-1537

**American Express Bank FSB**
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

**Bank Of America**
PO Box 15026
Wilmington, DE 19850-5026

**Bank Of America**
P.O. Box 982235
El Paso, TX 79998-2235

**Capital One**
P.O. Box 5253
Carol Stream, IL 60197-0000

**Capital One Bank**
P.O. Box 30281
Salt Lake City, UT 84130-0281

**Chase**
P.O. Box24696
Columbus, OH 43224-0000

**Dearman Oil Company, Inc.**
P.O. Box 1696
Pascagoula, MS 39568,

**Discover Bank**
Discover Products Inc
P.O. Box 3025
New Albany Ohio 43054-3025

**Discover Financial SVCS LL**
PO Box 15316
Wilmington, DE 19850-5316

**FINANCIAL PACIFIC LEASING, LLC**
C/O PARNELL & CRUM, P.A.
P.O. BOX 2189
MONTGOMERY, AL 36102

**Internal Revenue Service**
PO Box 7346
Philadelphia, PA 19101-7346

**JPMorgan Chase Bank, N.A.**
P.O. Box 901032
Ft. Worth, TX 76101-2032

**KEY EQUIPMENT FINANCE CO.**
C/O PARNELL & CRUM, P.A.
P.O. BOX 2189
MONTGOMERY, AL 36102

**Key Equipment Finance, Inc.**
PO Box 2189
Montgomery, AL 36102-2189

**Lowe's**
PO Box 530954
Atlanta, GA 30353-0954

**LTD Financial Services**
7322 Southwest Fwy Ste 1600
Houston, TX 77074-2134

**Nationstar Mortgage LLC**
350 Highland Dr.
Lewisville, TX 75067-0000

**State Of Alabama Dept. of Revenue**
50 North Ripley Street
Montgomery, AL 36132

**U.S. BANK NATIONAL ASSOCIATION**
C/O Amanda M. Beckett
Rubin Lublin, LLC
3740 Davinci Court
Suite 150
Peachtree Corners, GA

**A. Richard Maples, Attorney at Law**
61 St. Joseph Street
Suite 200
Mobile, AL 36602

/s/ Michael J, Harbin
Michael J. Harbin