## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA

In re:                                          Case No. **16-01516-JCO-11**

**JAMES H. ORSO, JR.,**

        Debtor(s).

## MOTION TO DISMISS CHAPTER 11 CASE

Comes now, Mark Zimlich, Bankruptcy Administrator for the Southern District of

Alabama, and files this Motion to Dismiss Chapter 11 Case.

As grounds, the Bankruptcy Administrator states that the debtor filed a petition for relief

under Chapter 11 of Title 11 on May 9, 2016.   Motions to Dismiss for failure to comply with the

Chapter 11 Operating Order, to file monthly and quarterly operating reports, and to pay quarterly

fees were filed on August 2, 2016, February 21, 2017, and September 27, 2017.

A Motion to Compel the Debtor to File a Plan of Reorganization and Disclosure

Statement was filed on November 15, 2017.  The court granted the Motion to Compel and

ordered the debtor to file a Plan of Reorganization and Disclosure Statement on or before

February 12, 2018.  The debtor complied with the court's order on February 12, 2018.  A hearing

on the debtor's Disclosure Statement was originally set on March 27, 2018, but was continued at

the request of debtor's counsel for the purpose of amending the Disclosure Statement.  Debtor's

counsel failed to file an Amended Disclosure Statement and orally withdrew the Disclosure

Statement on September 25, 2018.     On July 18, 2018, the court set a claims deadline for

September 11, 2018.   Claims exceeding $3 Million dollars have been filed in this case.

The debtor has failed to file monthly operating reports for the months of August,

September, and October 2018, and a quarterly operating report for the quarter ending September

2018.  The debtor has also failed to pay a quarterly fee for the quarter ending September 2018.

"Fundamental bankruptcy policy continues to support the proposition that the inability to propose a feasible reorganization or liquidation plan provides cause for dismissal…"  *In re DCNC N.C.I., LLC.*, 407 B.R. 651 (Bankr. E.D. Pa. 2009).  The debtor in this case has been under the protection of the Bankruptcy Court since May 9, 2016.   The monthly operating reports filed by the debtor for the past 12 months reflect an average monthly income of $1,289.00.  The IRS filed an unsecured priority claim for $502,593.06 and an unsecured non-priority claim for $1,202,648.  Madison Revolving Trust 2017 filed a secured claim for $687,215.07.  The monthly payments reflected on the proof of claim, which includes an arrearage of $125,861.66, are more than $6,200.00.   The debtor's income is simply insufficient to fund a feasible plan of reorganization.

Based on the fact that the debtor cannot propose a feasible plan of reorganization, and the fact that he is delinquent on his monthly and quarterly operating reports and the payment of his quarterly fees, this case is due to be dismissed.

Dated: November 30, 2018

/s/Mark S. Zimlich____
Bankruptcy Administrator
155 St. Joseph Street, Room 205
Mobile, Alabama 36602
(251)690-2058
mark_zimlich@alsba.uscourts.gov

## CERTIFICATE OF SERVICE

I certify that I have this date served a true and correct copy of this pleading electronically, or by placing it in the United States Mail, postage prepaid, and properly addressed to the following parties in interest:

James H. Orso, Jr.
P.O. Box 345
Citronelle, AL 36522-0345

Michael J. Harbin
P.O. Box 851372
Mobile, AL 36685

Dated: November 30, 2018                                    /s/ Mark S. Zimlich