**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**


In Re:                                                    Case No.   **16-01516-JCO-11**


**JAMES H. ORSO,**


     Debtor(s)



## ORDER ON MOTION TO DISMISS CHAPTER 11 CASE

The Bankruptcy Administrator having filed a Motion to Dismiss Chapter 11 Case, a

hearing was held on January 8, 2019.   Appearing at the hearing was Mark Zimlich for the

Bankruptcy Administrator and Michael J. Harbin for the debtor.   Upon agreement of the parties,

the debtor is **ORDERED** to file an Amended Plan of Reorganization with a reasonable chance of

confirmation on or before January 22, 2019 or this case will be dismissed.

Dated:   January 11, 2019


JERRY C. OLDSHUE, JR.
U.S. BANKRUPTCY JUDGE