UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

In re

JAMES H. ORSO, JR.    CASE NO. 16-01516-JCO-11

Debtor(s)

<u>ORDER AND NOTICE OF HEARING ON DISCLOSURE STATEMENT</u>

TO THE DEBTOR, CREDITORS, AND OTHER PARTIES IN INTEREST:

A disclosure statement and plan under Chapter 11 of the Bankruptcy Code having been filed by the debtor on January 22, 2019 it is ordered, and notice is hereby given that:

1. The hearing to consider the approval of the disclosure statement will be held at the U. S. Bankruptcy Court, Courtroom One, 201 St. Louis Street, Mobile, Alabama, on <u>Tuesday, March 12, 2019 at 09:30 a.m.</u>

2. <u>March 1, 2019</u> is fixed as the last day for filing and serving in accordance with Rule 3017(a) written objections to the disclosure statement with the Court.

3. Within <u>5</u> days after entry of this order, the debtor-in-possession shall transmit the disclosure statement to each committee appointed pursuant to Section 1102 of the Code, and any party in interest who has requested or requests in writing a copy of the disclosure statement and plan. The debtor-in-possession shall furnish to the Court a certificate of compliance within <u>5</u> days from date of transmittal.

4. Requests for copies of the disclosure statement and plan shall be mailed to the debtor-in-possession, c/o Michael J. Harbin P.O. Box 851372, Mobile, AL 36685

Dated: January 22, 2019

JERRY C. OLDSHUE, JR.
U.S. BANKRUPTCY JUDGE