# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

In Re: )

James H. Orso, Jr. ) Case No: 16-01516

Debtor. )

## NOTICE OF AMENDMENT TO DISCLOSURE STATEMENT

Comes Now, the Debtor, James H. Orso, Jr., and hereby amends his previously filed Discover Statement by supplementing it with the attached projected income and expenditure projection for the next 10 years.

/s/: Michael J. Harbin
Michael J. Harbin, Esq.
Attorney for Debtor
P. O. Box 851372
Mobile, AL 36685
(251) 689-5569

## CERTIFICATE OF SERVICE

I hereby certify that on this the 5th day of March, 2019, the foregoing notice was filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties to this proceeding.

Mark S. Zimlich, Esq.
Bankruptcy Administrator
baoffice@alsba.uscourt.gov

Kasee Sparks Heisterhagen, Esq.
Assistant United States Attorney
kasee.heisterhagen@usdoj.gov

/s/: Michael J. Harbin
Michael J. Harbin

|  |  | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 |
|---|---|---|---|---|---|---|---|---|
| Income |  | $76,800.00 | 76,800.00 | 76,800.00 | 77,000.00 | 77,000.00 | 77,000.00 | 77,500.00 |
| Utilities: |  |  |  |  |  |  |  |  |
|  | Ally | 2986.2 | 2986.2 | 2986.2 |  |  |  |  |
|  | Power | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 |
|  | Tag | 500 | 500 | 500 | 500 | 500 | 500 | 500 |
|  | Pro. Fees | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 |  |  |
|  | Food | 960 | 960 | 960 | 960 | 960 | 960 | 960 |
|  | Utilities | 900 | 900 | 900 | 900 | 900 | 900 | 900 |
|  | Gas | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 |
|  | Ins. | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 |
|  | Phone | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 |
|  | Nationstar | 49,440.00 | 49,440.00 | 49,440.00 | 49,440.00 | 49,440.00 | 49,440.00 | 49,400.00 |
|  | Mobile Cty | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 |
|  | State of Al | 400.00 | 400.00 | 400.00 | 400.00 | 400.00 | 400.00 | 400.00 |
|  | Unsecured | 4,785.49 | 4,785.48 | 4,785.48 | 4,785.48 | 4,785.48 |  |  |
|  | IRS | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 |
| Total Liabilities |  | 76,171.69 | 76,171.69 | 76,171.69 | 73,185.48 | 73,736 | 66,360.00 | 66,360.00 |
|  |  |  |  |  |  |  |  |  |
| Net Total |  | 628.31 | 628.31 | 628.31 | 3,814.52 | 3814.52 | 10,640.00 | 11140 |

| 2026 | 2027 | 2028 |
|---:|---:|---:|
| 77,500.00 | 78,000.00 | 78,000.00 |
| | | |
| 3,000 | 3,000 | 3,000 |
| 500 | 500 | 500 |
| | | |
| 960 | 960 | 960 |
| 900 | 900 | 900 |
| 3,000 | 3,000 | 3,000 |
| 3,000 | 3,000 | 3,000 |
| 3,000 | 3,000 | 3,000 |
| 49,440.00 | 49,440.00 | 49,440.00 |
| 200.00 | 200.00 | 200.00 |
| 400.00 | 400.00 | 400.00 |
| | | |
| 2,000.00 | 2,000.00 | 2,000.00 |
| 66,360.00 | 66,360.00 | 66,360.00 |
| | | |
| 11,140.00 | 11,640.00 | 11,640.00 |