UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ALABAMA

Form BA-1 (Individual)

Case Name: James H. Orso, Jr.   Case No. 16-01516   Month Ending February

*Operating Reports are to be filed with the Bankruptcy Court by the 15th of the month.*

INDIVIDUAL DEBTOR'S AFFIRMATIONS

1. Yes [✓] No [ ]  All post-petition individual taxes have been paid or withheld and the deposit slips are attached.

If you answered "No" to the above statement, list the types of taxes that are now due and owing:

| TYPE OF TAX | AMOUNT |
|---|---|
| | $ |
| | $ |
| | $ |

2. Yes [✓] No [ ]  Adequate insurance on all assets/property including fire, theft, liability, collision, and casualty is currently in full force and effect.

If you answered "No", enter: TYPE(s) _____ not in force.

3. List all bank accounts:

| Bank | Account No. (last 4 digits) | Type of Account | Balance |
|---|---|---|---|
| Regions | 0427 | checking | $ 1,029.03 |
| | | | $ |
| | | | $ |

4. Yes [✓] No [ ]  Copies of all bank statements are filed concurrently with the Bankruptcy Clerk's Office.
5. Yes [✓] No [ ]  I have otherwise complied with all requirements of the Chapter 11 Operating Order.
6. Yes [ ] No [✓]  I have attached a list of all post-petition debts that have been incurred since the filing of this case but that have not been paid, including Court-approved professional (attorney, accountant, etc,) fees.

Rev. 4/18

Page 1

Case Name: James H. Orso, Jr.    Case No. 16-01516    Month Ending February

## INDIVIDUAL DEBTOR'S CASH RECEIPTS AND DISBURSEMENTS

| | |
|---|---:|
| Receipts/Income (net of payroll tax deductions & withholdings) | $ 1,810.00 |
|     Alimony, Maintenance, Support received | $ |
|     Other income | |
|         Interest | $ |
|         Sale/Rent of Real Estate or Personal Property | $ |
|         Social Security | $ |
|         Pension or Retirement | $ |
|         Other (specify) | $ |
| **TOTAL RECEIPTS/INCOME** | $ 1,810.00 |
| Disbursements/Expenses | |
|     Food and Housekeeping Supplies | $ |
|     Rent or Home Loan | $ |
|     Real Estate Taxes | $ |
|     Utilities | $ 1,016.65 |
|     Home Maintenance (repairs & upkeep) | $ |
|     Insurance Payments | $ 328.17 |
|     Installment Loan Payments | |
|         Automobile | $ |
|         Other (specify) | $ |
|     Other Loans (specify) | $ |
|     Domestic Support Payments | $ |
|     Adequate Protection Payments | $ |
|     Other Payments (specify) Bank Fee | $ |
| | $ 10.00 |
| **TOTAL OF ALL DISBURSEMENTS/EXPENDITURES** | $ 1,354.82 |
| **TOTAL INCOME LESS EXPENDITURES** | $ 455.18 |

Beginning Cash Balance $ 574.05        Ending Cash Balance $ 1,029.23

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOREGOING MONTHLY OPERATING REPORT AND ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT, AND COMPLETE.

Date: 3/8/19

Original Signature of Responsible Party