Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT
Southern District of Alabama

Bankruptcy Proceeding No.: 16–01516
Chapter: 11
Judge: JERRY C. OLDSHUE

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
James H. Orso, Jr.
P.O. Box 345
Citronelle, AL 36522–0345

## *NOTICE OF HEARING*

A hearing will be held in Courtroom 1 of the U. S. Bankruptcy Court, 201 St. Louis St., Mobile, AL on:

Date: 11/5/19

Time: 09:30 AM

Matter:

*270* – Amended Chapter 11 Plan Filed by James H. Orso, Jr. (related document(s)236 Amended Disclosure Statement filed by James H. Orso,) (Harbin, Michael)

If you are represented, please contact your lawyer before the hearing date to:
1. find out whether you should attend, and
2. confirm that the matter has not been resolved or moved to another date.

You must present a valid ID to enter the courthouse. Members of the public are not allowed to bring in cellular phones or weapons of any kind, including pocket knives. Parking information can be found on the court website at www.alsb.uscourts.gov under "court information."

Dated: 9/24/19

Andrea Redmon
CLERK OF COURT

BY ANGIE JEMISON
DEPUTY CLERK