IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

In re:  Case No. **16-1516-JCO-11**

**JAMES H. ORSO, JR.**

Debtor(s).

## MOTION TO COMPEL DEBTOR'S ATTORNEY
## TO SUBMIT ORDER OF CONFIRMATION

Comes now, Mark S. Zimlich, United States Bankruptcy Administrator for the Southern District of Alabama, and files this Motion to Compel Debtor's Attorney to Submit Order of Confirmation.

As grounds, the Bankruptcy Administrator states that the debtor's Plan of Reorganization was confirmed on December 10, 2019, but the Confirmation Order, which was due to be submitted by debtor's counsel, has not been entered by the court.

Based on the foregoing, the Bankruptcy Administrator moves the court to compel debtor's counsel to submit the Confirmation Order without further delay.

Dated: January 23, 2020

/s/Mark S. Zimlich
Bankruptcy Administrator
155 St. Joseph Street, Room 205
Mobile, Alabama 36602
(251)690-2058
mark_zimlich@alsba.uscourts.gov

# CERTIFICATE OF SERVICE

      I certify that I have this date served a true and correct copy of this pleading electronically, or by placing it in the United States Mail, postage prepaid, and properly addressed to the following parties in interest:

James H. Orso, Jr.
P.O. Box 345
Citronelle, AL 36522-0345

Michael J. Harbin
P.O. Box 851372
Mobile, AL 36685


Dated: January 23, 2020                                                                                            /s/ Mark S. Zimlich